Electronically Filed - St Louis County - January 27, 2021 - 07:35 AM

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
# STATE OF MISSOURI

| | |
|---|---|
| CITY OF CREVE COEUR, MISSOURI, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTV, LLC, et al.,<br><br>Defendants. | Cause No.: 18SL-CC02821-01<br><br>Div. 18 |

### JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED PETITION

Defendants DISH Network, L.L.C. and DISH Network Corp. (collectively, the "DISH Defendants"), and Plaintiff City of Creve Coeur, Missouri, hereby stipulate and respectfully move the Court for a twelve-day extension of the deadline—up to and including February 10, 2021—for the DISH Defendants to answer or otherwise plead in response to the Second Amended Petition in this action. In support, the parties state as follows:

1. Defendants moved to dismiss the Second Amended Petition.

2. On December 30, 2020, the Court denied Defendants' motions.

3. Pursuant to Rule 55.25(c), the deadline for Defendants to respond to the Second Amended Petition was ten days after notice of the Court's action. That deadline was January 11, 2021. That deadline was subsequently extended by the Court until January 29, 2021.

4. In response to a request from the DISH Defendants, Plaintiff agrees that the DISH Defendants may have an additional twelve days, up to and including February 10, 2021, to answer or otherwise plead in response to the Second Amended Petition in this action.

5. Accordingly, the parties hereby stipulate to and respectfully move the Court for a twelve-day extension of the deadline—up to and including February 10, 2021—for the DISH

Electronically Filed - St Louis County - January 27, 2021 - 07:35 AM

2

Defendants to answer or otherwise plead in response to the Second Amended Petition in this action.

WHEREFORE the parties respectfully request that this Court grant a twelve-day extension of the deadline—up to and including February 10, 2021—for the DISH Defendants to answer or otherwise plead in response to the Second Amended Petition in this action, and grant such other and further relief as this Court deems just and proper.

Case: 4:21-cv-00122-AGF   Doc. #:  11   Filed: 01/29/21   Page: 2 of 3 PageID #: 2159

KOREIN TILLERY, LLC

By:  /s/ *Steven M. Berezney*
John W. Hoffman, #41484
Steven M. Berezney #56091
Garrett R. Broshuis, #65805
505 N. 7th Street, Suite 3600
St. Louis, Missouri 63101
(314) 241-4844
(314) 241-1854 (facsimile)
JHoffman@KoreinTillery.com
sberezney@KoreinTillery.com
GBroshuis@KoreinTillery.com

John F. Mulligan, Jr., #34431
101 South Hanley, Ste. 1280
Clayton, Missouri 63105
(314) 725-1135
(314) 727-9071 (facsimile)
jfmulliganjr@aol.com

Howard Paperner, P.C. #23488
9322 Manchester Road
St. Louis, Missouri 63119
(314) 961-0097
(314) 961-0667 (facsimile)
paperneratlaw@gmail.com

CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.
Carl J. Lumley, #32869
130 S. Bemiston, Ste. 200
Clayton, Missouri 63105
(314) 725-8788
(314) 725-8789 (facsimile)
clumley@chgolaw.com

BICK & KISTNER PC
Elkin L. Kistner, #35287
101 South Hanley, Ste. 1280
Clayton, Missouri 63105
(314) 727-0777
(314) 727-9071
elkinkis@brick-kistner.com

ATTORNEYS FOR PLAINTIFF CITY OF CREVE COEUR, MISSOURI

ARMSTRONG TEASDALE LLP

By:  */s/ Jeffrey L. Schultz*
Jeffrey L. Schultz #56553
7700 Forsyth, Suite 1800
St. Louis, Missouri 63105
(314) 621-5070
(314) 621-5065 (facsimile)
jschultz@atllp.com

STEPTOE & JOHNSON LLP

Pantelis Michalopoulos, *pro hac vice*
Jared Butcher, *pro hac vice*
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-3000
(202) 429-3902 (fax)
pmichalopoulos@steptoe.com
jbutcher@steptoe.com

ATTORNEYS FOR DEFENDANTS DISH NETWORK CORP. AND DISH NETWORK L.L.C.